1

2

3

4

5

6                  UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8   THEODORE E KING,                          CASE NO. C23-5584-KKE

9                        Plaintiff,           ORDER DISMISSING CASE WITHOUT
                                              PREJUDICE
10       v.

11  CHRISTINE WORMUTH et al.,

12                       Defendants.

13

14        This matter comes before the Court on Plaintiff's request to withdraw a civil case.  Dkt.

15  No. 38.  The Court construes Plaintiff's "motion to withdraw" as a motion for voluntary dismissal

16  pursuant to Federal Rule of Civil Procedure 41(a)(2).  That rule allows a court to dismiss an action

17  at the plaintiff's request.  The Court finds good cause to dismiss the complaint without prejudice.

18        In Plaintiff's motion, Plaintiff avers, "I have not received any court notice of electronic

19  filings via email, despite my authorized PACER account."  Dkt. No. 38 at 1.  While Plaintiff did

20  elect to receive electronic notices of filings from the District of New Mexico, where this case

21  began, Plaintiff did not elect to receive electronic notices of filings from this Court once the case

22  was transferred to this venue.  On June 29, 2023, the Court mailed Plaintiff a form to register for

23  electronic filing notices and instructions for filing electronically.  Dkt. No. 23.  Plaintiff did not

24

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

1   return the form to register for electronic filing in this Court.  Accordingly, all filings in this case

2   have been mailed to Plaintiff's address of record.

3          The Court GRANTS Plaintiff's motion and dismisses this case without prejudice.  Dkt.

4   No. 38.  The Clerk is instructed to CLOSE the case.

5          Defendants are instructed to send a copy of this order to any email addresses it believes

6   may belong to Plaintiff.

7          Dated this 12th day of December, 2023.

8

9                                          _____
                                           Kymberly K. Evanson
10                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2